FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 12 2016

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the

Carrie L. Clifford
_____
*Plaintiff/Petitioner*

Baptist Health
_____
*Defendant/Respondent*

)
)
)
)
)

Civil Action No. 4:16 cv740-SWW

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends             ☑ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☑ No
(e) Gifts, or inheritances                            ☐ Yes    ☑ No
(f) Any other sources                                 ☑ Yes    ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Cashed in Stocks totaling ~ $3000
Settlements for wrongful release from ACH $8000
Settlement for damages from car wrecks ~ $10,000
Cashed in retirement from BH ~ $10,000

All monies used to support myself from termination date 2/4/16. I was gravely ill & hospitalized during August @ Baptist Health; I'm facing possible longer

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ 2 200.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I have ~~pawned~~ sold expensive jewelry to broswell + sons to try to be able to eat or have a roof over my head

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent $495       T.V. (which I will give up if need be) $120

Elec $95        Car Ins $90

Phone $65

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: I paid my daughters A+M club dues in Apr. ; phone until 10/1. 300 - same for my son. + helped + supported my two kids through school, my daughter 24 + son 30. My son is a dentist + daughter played tennis @ texas A+M. I worked hard all my life to get them to this point in life as a single mom. They + my family are unwilling to help me.

8. Any debts or financial obligations *(describe the amount owed and to whom they are payable)*:

Outstanding debt to Bank of America - I was on wage garnishment @

Baptist Health in lieu of bankruptcy

All assets of mine frozen upon discharge from hosp after being ill; I had no knowledge I have hot checks to address + excessive bills from my hospitalization

*Declaration.* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 9/12/16

_____
Applicant's signature

Carrie Clifford
_____
Printed name