IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARRIE L. CLIFFORD,

    Plaintiff,

vs.      No. 4:16-cv-00740-SWW

BAPTIST HEALTH,

    Defendant.

## ORDER

The motion [doc.#41] of Carrie L. Clifford to dismiss this pro se action without prejudice is hereby granted.

IT IS SO ORDERED this 29th day of June 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE